```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                 HOT SPRINGS DIVISION
```

SYLVESTER O. BARBEE                                    PLAINTIFF

    V.                    Civil No. 14-6082

LISBETH ANNE MURPHY, individually
and as Doctor, Ouachita River
Correction Unit; WENDY KELLEY,
individually and as Director of
Health & Correctional Programs,
Central Office ADC; and MARIE LANE,
individually and as a Corizon employee,
Ouachita River Correctional Unit                      DEFENDANTS

O R D E R

On this 16th day of September 2015, there comes on for consideration the report and recommendation filed in this case on June 25, 2015, by the Honorable Mark E. Ford, United States Magistrate for the Western District of Arkansas.  (Doc. 30). Also before the Court are Separate Defendant Wendy Kelley's objections (doc. 31) and Plaintiff's Response thereto (doc. 35).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows:  The report and recommendation is proper and should be and hereby is adopted in its entirety.  Accordingly, Separate Defendant Kelley's Motion to Dismiss (doc. 11) is GRANTED IN PART AND DENIED IN PART.  The motion (doc. 11) is GRANTED as to Plaintiff's claims against Kelley in her official capacity, and those claims are DISMISSED

WITHOUT PREJUDICE. The motion (doc. 11) is DENIED as to Plaintiff's individual capacity medical care claim.

IT IS SO ORDERED.

>                    /s/ Robert T. Dawson
>                    Honorable Robert T. Dawson
>                    United States District Judge

AO72A
(Rev. 8/82)